IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CLARENCE R. WILLIAMS, JR.                                                    PLAINTIFF

v.                              Civil No. 6:17-cv-6132

MRS. HOSMAN, *et al.*                                                       DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 17, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 11). Judge Bryant conducted a preservice screening of Plaintiff Clarence R. Williams, Jr.'s complaint and now recommends that the Court dismiss certain claims pursuant to 28 U.S.C. § 1915A. Specifically, Judge Bryant finds that Plaintiff failed to state a claim upon which relief may be granted as to any of his official capacity claims. Judge Bryant also found that certain of Plaintiff's individual capacity claims should be dismissed, including: Plaintiff's claim against Defendant Ashcraft for disciplinary charges; Plaintiff's claim against Defendant Melugin for verbal disrespect; Plaintiff's claim against Defendant Mulgin on behalf of other inmates; Plaintiff's claims against Defendants Louis, Keener, Watkin, and McDonald for deliberate indifference; and Plaintiff's claims regarding an inadequate grievance procedure. Judge Bryant concluded that Plaintiff's individual capacity claims against Defendant Hosman for deliberate indifference and against Defendant Maxwell for conditions of confinement should remain for service and further consideration.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and

Recommendation (ECF No. 11) *in toto*. Accordingly, Plaintiff's official capacity claims against all Defendants and his individual capacity claims against Defendants Ashcraft, Melugin, Louis, Keener, Watkin, and McDonald are hereby **DISMISSED WITHOUT PREJDUICE** pursuant to 28 U.S.C. § 1915A. Plaintiff's individual capacity claims against Defendants Hosman and Maxwell remain for service and further consideration. The Court will address service in a separate order.

**IT IS SO ORDERED**, this 13th day of June, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge