IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CLARENCE R. WILLIAMS, JR.                                            PLAINTIFF

v.                               Case No. 6:17-cv-06132

MRS. HOSMAN and
LIEUTENANT MAXWELL                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 18, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 25). Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 20) be granted because Plaintiff has failed to exhaust his administrative remedies.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 25) *in toto*. Accordingly, the Court finds that Defendants' Motion for Summary Judgement (ECF No. 20) should be and hereby is **GRANTED**. Plaintiff's complaint is **DISMISSED WITH PREDJUDICE**.

**IT IS SO ORDERED**, this 7th day of February, 2019.

                                                               /s/ Susan O. Hickey
                                                               Susan O. Hickey
                                                               United States District Judge